# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 20, 2021

Lyle W. Cayce
Clerk

No. 20-40141
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Leobardo Arrez-Gonzalez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:19-CR-829-1

Before Jolly, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Leobardo Arrez-Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Arrez-Gonzalez has filed a response which moves

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-40141

for the appointment of counsel.  We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Arrez-Gonzalez's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.  Arrez-Gonzalez's motion for the appointment of counsel is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).